IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| REAL PROVENCHER, <br><br> Plaintiff, <br><br> v. <br><br> BINION & SIMS, P.C. and GWYNNE E. OLD, <br><br> Defendant. | § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. G-05-317 |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendants' Motions for Summary Judgment, all claims brought by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. Plaintiff is **ORDERED** to bear Defendants' taxable costs incurred herein to date. Each Party is **ORDERED** to bear their own expenses and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 16th day of November, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge